UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI

DIVISION

FILED

JAN 1 6 2024

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Complaint for a Civil Case**

Lisa K Green

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.** Mark A. Mulchek
Jim S Lewis
Derek J Birk

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

1:24CV0004ACL

Case No.
*(to be assigned by Clerk of District Court)*

Plaintiff requests trial by jury:
☒ Yes    ☐ No

## CIVIL COMPLAINT

### NOTICE:

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | LISA K Green |
| Street Address | P.O. Box 1395 |
| City and County | Cape Girardeau, Cape Girardeau County |
| State and Zip Code | Mo 63702 |
| Telephone Number | (573) 837-9863 |
| E-mail Address | lisagreen1997@yahoo.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mark A Mulchek |
| Job or Title | registered agent / organizer |
| Street Address | 120 S Central Ave, Suite 1800 |
| City and County | St. Louis |
| State and Zip Code | Mo 63105-1726 |
| Telephone Number | (314) 854-8606 |
| E-mail Address | mmu@carmodymacdonald.com |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

**Continued from page 2**

'

Defendant No. 2

    Name <u>Jim S. Lewis</u>

    Job or Title <u>Manager</u>

    Street Address <u>120 S. Central Ave Suite 1800</u>

    City and County <u>St Louis</u>

    State and Zip Code <u>Missouri, 63105</u>


Defendant No. 3

    Name <u>Derek J Birk</u>

    Job or Title <u>Member</u>

    Street Address <u>120 S. Central Ave Suite 1800</u>

    City and County <u>St Louis</u>

    State and Zip Code <u>Missouri, 63105</u>

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

A.    **Federal question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

12 USC § 3752(1), 12 USC § 3754(C), 12 USC § 3760(b)(1)(A)

B.    **Suit against the Federal Government, a federal official, or federal agency**

List the federal officials or federal agencies involved, if any.

C.    **Diversity of Citizenship**

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.    The Plaintiff(s)

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2.    The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____ , is a citizen

of the State of *(name)* _____ *Or* is a citizen

of *(foreign nation)* _____ .

If the defendant is a corporation

The defendant, *(name)* _____ .

is incorporated under the laws of the State of *(name)*

_____ , and has its principal place of

business in the State of *(name)* _____ *Or*

is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place

of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

( INtENtioNAlly left blaNk )

4

**III.    Statement of Claim**

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1.    What happened to you?
2.    When did it happen?
3.    Where did it happen?
4.    What injuries did you suffer?
5.    What did each defendant personally do, or fail to do, to harm you?

( PleAse  See  following  page)

**IV.    Relief**

State briefly and precisely what damages or other relief you want from the Court.  Do not make legal arguments.

( PleAse  See  page  title  IV  Relief)

III.    Statement Of Claim

1. What happened to you?  I was unlawfully and wrongfully told to leave my property.

2. When did it happen? On November 29, 2022.

3. Where did it happen? My property located at 1218 College St. Cape Girardeau.

4. What injuries did you suffer? I have suffered injuries that include loss of legal rights and breach of contract.

5. What did each defendant personally do, or fail to do, to harm you?

    1. The defendants were not bona fide purchasers as defined 12 USC § 3752(1). I told Jim Lewis on February 11th 2022 at the foreclosure sale/ trustee's sale this illegal and wrong. Furthermore, I did not cash the check I received in the mail. I still have it and want to return it to whom it belongs to.
    2. The foreclosure commissioner was not qualified to conduct the sale pursuant to 12 USC §3754(c). He also failed to perform the duty as described in 12 USC § 3760(b)(1)(A)
    3. The defendants were prohibited participants in sale as listed in 12 USC § 3760(b)(2)(B)
    4. The foreclosure sale was not held in accordance to Title 12, chapter 38A of the United States Code. It was NOT conducted in a legal, fair, and reasonable manner. In addition, sale price was not reasonable nor equal to fair market value of the property, 12 USC § 3760(e).
    5. On June 8th 2023 Jim Lewis and Derek Birk maliciously filed a restraining order against me. I was in the court room when I discovered they used a different man to act as "Scott Fetterhoff" the attorney in the unlawful detainer proceeding on April 19th 2022. And the plaintiff's parcel number was on the same tax collection list as the unlawful detainer proceeding on June 8th 2023 involving the defendants and another party.
    6. Someone changed the information on my Cape Girardeau County Paid Tax Receipts.
    7. Jim Lewis submitted false documentation in the unlawful detainer proceeding on April 19th 2022.
    8. Jim Lewis, Derek Birk, and Scott Fetterhoff failed to appear at the time and place stated in summons (a proceeding they started) March 17th 2022 as required.
    9. Mark Mulchek stated he "is unable to help me with my real situation".

## IV. Relief

State brief and precisely what damages or other relief you want from the Court. Do not make legal arguments. I request possession of my home and property back.

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages. The plaintiff request $125,000 punitive monetary. The plaintiff was forced to leave her home of eighteen years by corrupt organization(s)/ the defendants. The organization(s)/ the defendants are not in accordance with United States Code Title 12 Chapter 38A Single Family Mortgage Foreclosure. Therefore, the organization(s)/ the defendants must be held accountable for their deceptive practice. I further request the Court award the plaintiff additional compensation as it seems just.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☐  No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☐  No ☐

Do you claim punitive monetary damages?

Yes ☒  No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

( Please See previous page)

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __16__ day of __January__, 20 __24__

Signature of Plaintiff(s) _____