# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| LISA K. GREEN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:24-cv-00004-MTS |
| MARK A. MULCHEK, *et al.*, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice.

Dated this 7th day of May 2024.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE